UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| E. PAPADOPOULOU<br>        Plaintiff(s),<br><br>v.<br><br><br>KRISTI L. NOEM, TODD LYONS, PATRICIA HYDE, and PAMELA BONDI<br>        Defendant(s). | Civil Action No. 25-13992-JEK |

## JUDGMENT

**KOBICK, D.J.**

☐   Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒   Decision by the Court: In accordance with the Court's Electronic Order dated January 2, 2026, [ECF 10], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241;

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner E. Papadopoulou.


Dated: January 12, 2026

/s/ Haley Currie

Deputy Clerk